CARLEEN R. ARLIDGE        SBN: 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861
Email: craatty@aol.com

Attorney For Defendant
Jose Uriel Hernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATE OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. CR 18-0471 EJD/VKD |
| vs. | ) | STIPULATION FOR A THIRD EXTENSION OF TIME TO COMPLY WITH CONDITIONS OF RELEASE AND [PROPOSED] ORDER |
| JOSE URIEL HERNANDEZ, | ) | |
| Defendant. | ) | |

**BACKGROUND TO STIPULATION**

In the Court's March 17, 2020 Order (Dkt. 018), a deadline for the posting of property to secure the $250,000 bond was set for April 7, 2020.  In the Court's April 6, 2020 Order (Dkt. 028), based on a stipulation by the parties, that deadline was extended to April 21, 2020.  Based on a further stipulation by the parties, the April 21st deadline was again extended by the Court; the new compliance date is April 29, 2020 (Dkt. 034).

As to the posting of the property bond, defense counsel represents that the Deed of Trust has been signed by the property owners and the notarized documents has been presented to the Alameda County Recorders Office for recording.  In light of the current public health emergency due to the spread of the Coronavirus Disease 2019 (COVID-19), requires social distancing, limits the types and hours that private and governmental businesses are open to the public, and in light of the consequential restrictions in the manner of processing documents, defense counsel needs

1

additional time to receive a conformed copy of the recorded Deed of Trust from the Recorders Office and then to present the requisite documents to the Clerk of the Court.

## STIPULATION

IT IS HEREBY STIPULATED between defendant Jose Uriel Hernandez, through counsel Carleen R. Arlidge and the government, through Assistant United States Attorney Nikhil Bhagat that the deadline for compliance with the condition of release pertaining to the posting of a property bond, as set forth in the Court's March 17, 2020 Order (Dkt. 018) and subsequently modified by the Court in further Orders be extended from April 29, 2020 to May 6, 2020.

IT IS SO STIPULATED.

Dated:   April 28, 2020                    DAVID L. ANDERSON
                                           United States Attorney

                                           _____/s/_____
                                           Nikhil Bhagat
                                           Assistant United States Attorney


                                           _____/s/_____
                                           Carleen R. Arlidge
                                           Attorney for Defendant Jose Uriel Hernandez


## [PROPOSED] ORDER

Pursuant to the Stipulation of the parties and good cause having been shown, the Court HEREBY ORDERS that the deadline for Defendant Jose Uriel Hernandez to comply with the Court's April 21, 2020 Order regarding the posting of a property bond shall be extended from April 29, 2020 to May 6, 2020.

IT IS SO ORDERED.

Dated: April 28, 2020

                                           _____
                                           JUDGE VIRGINIA DeMARCHI
                                           United States Magistrate Judge